Rules of Practice of the Supreme Court. Upon consideration thereof,

IT IS ORDERED by the court, in accordance with S.Ct.Prac.R. V(4), that the appeal be, and hereby is, dismissed *sua sponte,* effective September 27, 1995.

IT IS FURTHER ORDERED that the appellee recover from the appellants its costs herein expended; and that a mandate be sent to the Public Utilities Commission of Ohio to carry this judgment into execution; and that a copy of this entry be certified to the Public Utilities Commission of Ohio for entry.

*Tuesday, October 3, 1995*

## MOTION DOCKET

95–1803. State ex rel. The Cincinnati Post v. Cincinnati. In Mandamus.

On answer of respondent, motion for judgment on the pleadings, and motion to strike motion for judgment on the pleadings.

*Sua sponte,* alternative writ granted.

DOUGLAS and F.E. SWEENEY, JJ., would also grant the motion to strike.

*Wednesday, October 4, 1995*

## MERIT DOCKET

95–1445. State ex rel. Moore v. Williams. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

95–1454. Russell v. Koubeck. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

95–1503. State ex rel. Stringfield v. Medina Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

95–1543. Morgan v. Brogan. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

95–1560. Guess v. Judges. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

95–1563. State ex rel. Hamilton v. Ohio Dept. of Rehab. & Corr. In Mandamus. On motion for summary judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., would grant the motion for summary judgment.

95–1578. State ex rel. Rountree v. Mengel. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

95–1605. State ex rel. Bolden v. Ohio Adult Parole Auth. In Mandamus. *Sua sponte,* cause dismissed.

DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent and would grant an alternative writ.

95–1610. Green v. Carr. In Mandamus. On answer of respondent. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

95–1618. Guess v. Judges. In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.